AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

PLAINTIFF,

Eliss Dan Xin Zhang

JUDGMENT IN A CIVIL CASE

v.

DEFENDANT

CASE NUMBER: CV-09-3017-EFS

Northwest Trustee Services, Inc.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  Plaintiff fails to state a cognizable federal legal theory upon which relief can be granted. Judgment is to be entered in Defendants' favor without prejudice.

May 5, 2009             JAMES R. LARSEN
*Date*                                          *Clerk*
                                                      s/ Vikki Johnson
                                                      *(By) Deputy Clerk*
                                                      Vikki Johnson